IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs | ) | Case No. 3:10CR210(12) |
| KWAME WHEATON | ) | |

### ORDER TERMINATING SUPERVISED RELEASE

On January 10, 2014, the above named commenced a five year term of supervised release following his term of imprisonment. Based on the recommendation of the U.S. Probation Department, no objections from the Government, and for good cause shown, it is hereby ordered Kwame Wheaton is discharged from supervised release and the proceedings in this case be terminated.

**IT IS SO ORDERED.**

Dated this 6th day of april, 2018

Walter H. Rice
United States District Judge